**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**


DONNIE THOMAS PINKARD,

      Plaintiff,

v.                                                          CASE NO.  4:14cv296-RH/GRJ

JAMES COKER et al.,

      Defendants.

_____/


**ORDER OF DISMISSAL**


This case is before the court on the magistrate judge's report and

recommendation, ECF No. 8.  No objections have been filed.

The report and recommendation concludes that the case should be dismissed

without prejudice based on the plaintiff's failure to disclose a prior lawsuit as

required by this district's standard prisoner civil-rights complaint form.  As the

cases cited in the report and recommendation—and many others—make clear,

dismissal without prejudice is not too severe a sanction under these circumstances.

If the form is to serve its purpose, a plaintiff must provide accurate information.  If

word got around the prisons that inaccurate or incomplete information could be

provided with no effective sanction, the form would serve little purpose.  And

word does get around the prisons.

For these reasons, and the additional reasons set forth by the report and

recommendation,

IT IS ORDERED:

The report and recommendation is ACCEPTED.   The clerk must enter

judgment stating, "The complaint is dismissed without prejudice."  The clerk must

close the file.

SO ORDERED on August 21, 2014.

s/Robert L. Hinkle
United States District Judge